No. 05–8971. SHELTON v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 05–8972. RODRIGUEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8974. ROWLAND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8976. GARCIA-VARGAS v. UNITED STATES DELGADILLO-BERNAL v. UNITED STATES MARTINEZ-TREVINO v. UNITED STATES RODRIGUEZ-TERMINAL v. UNITED STATES RAYA-ROMERO v. UNITED STATES PACHECO-SALINAS v. UNITED STATES ESCOBAR-MENDOZA v. UNITED STATES ESPINOSA-IBARRA v. UNITED STATES MARTIN-GOMEZ v. UNITED STATES HERNANDEZ-MARTINEZ v. UNITED STATES GONZALEZ-OSORIO v. UNITED STATES BONILLA-CHAVEZ v. UNITED STATES GONZALEZ-GUTIERREZ v. UNITED STATES MEDINA-LOPEZ v. UNITED STATES VILLAFUERTE-NAVARRO v. UNITED STATES LOPEZ-ZELADON v. UNITED STATES ARIZAGA-ACOSTA v. UNITED STATES RODRIGUEZ-YANEZ v. UNITED STATES ESCOBAR-REYES v. UNITED STATES and MUNOZ-ALARCON v. UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 05–8980. TAYLOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8982. MENDOZA-MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8983. JACOBS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–8986. NEWSOM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8994. DURANCEAU v. UNITED STATES. C. A. 9th Cir. Certiorari denied.